NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HENRY ALBERT HOLBROOK,              )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D14-2121
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed February 27, 2019.

Appeal from the Circuit Court for Charlotte
County; Amy R. Hawthorne, Judge.

Michael L. Maple, Louisville, Kentucky, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

            Affirmed.

CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.